JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| LARRY RUSSELL, | ) | No. CV 11-04028-GHK (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LANCASTER STATE PRISON, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED:   11/10/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE